COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
California Shellfish Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Shellfish Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Richard Hardy, <br><br> Defendant | Case No. C 07-3234 JL <br><br> **PLAINTIFF CALIFORNIA SHELLFISH COMPANY, INC.'S COMPLAINT FOR DECLARATORY RELIEF** <br><br> [COMPLAINT FOR DECLARATORY RELIEF 28 U.S.C. 2201(a)] |

## JURISDICTION

1. Plaintiff California Shellfish Company, Inc. (hereinafter "Plaintiff California Shellfish") brings and maintains this action for declaratory relief pursuant to 28 U.S.C. § 2201(a) under the provisions of General Maritime Law and the United States Constitution Article III, Section 2, and 28 U.S.C. § 1333. This action for declaratory relief is an admiralty or maritime claim within the meaning of Rule 9(h).

## THE PARTIES

2. Plaintiff California Shellfish is a California corporation, duly organized and existing under and by virtue of the laws of the State of California with its principal place of business in San Francisco, California.

-1-           Case No.: C 06-4025MHP

PLAINTIFF CALIFORNIA SHELLFISH'S COMPLAINT FOR DECLARATORY RELIEF

3. Plaintiff California Shellfish owns and operates the fishing vessel Sea Clipper (hereinafter "F/V Sea Clipper").

4. The F/V Sea Clipper fishes up and down the California and Oregon coast throughout the year for various species of fish and crustacean including crabs.

5. Defendant Richard Hardy is a seaman (hereinafter "Defendant"). Plaintiff California Shellfish is informed and believes that the Defendant is a citizen of the United States and is a resident of Oregon.

6. In January 2006, Plaintiff California Shellfish hired the Defendant to work as a deckhand on the F/V Sea Clipper to fish for crab on a trip by trip basis. The Defendant represented to Plaintiff California Shellfish that he was medically fit to work as a deckhand on a crab boat and that doctors had advised him he could do such work.

7. The Defendant failed to advise Plaintiff California Shellfish that as early as 2000, doctors diagnosed him with atrial fibrillation and congestive heart failure. The Defendant also failed to advise Plaintiff California Shellfish that he had stopped taking medication that was prescribed for his heart condition.

8. Shortly after Plaintiff California Shellfish hired the Defendant, the F/V Sea Clipper began fishing for crab off the Oregon and California coast.

9. Sometime on or about January 13, 2006, while working on the F/V Sea Clipper, the Defendant began complaining that his heart condition was aggravated. Plaintiff California Shellfish immediately returned to shore and caused the Defendant to be transported to a hospital where he was treated and re-diagnosed with atrial fibrillation and congestive heart failure.

10. "Maintenance" refers to the daily subsistence allowance for quarters and meals an injured or sick seaman is entitled to receive from a shipowner for injuries or aggravation to injuries that manifests while in the service of the vessel.

11. "Cure" is the reasonable medical expense to treat the seaman's injuries that manifests while in the service of the vessel.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601
HMU.HAZEL

12. A seaman is entitled to "Maintenance" and "Cure" until the seaman reaches "maximum medical cure" or the seaman's condition is recognized as incurable.

13. On October 16, 2006, Dr. Huth, the Defendant's treating physician, issued a medical report finding the Defendant to be at "maximum medical cure."

14. Since January 13, 2006, Plaintiff California Shellfish has been providing and continues to provide Maintenance and Cure to the Defendant.

15. There is a substantial controversy that exists between Plaintiff California Shellfish and Defendant as it relates to the Defendant's entitlement to "Maintenance and Cure." Plaintiff California Shellfish avers that it is entitled to terminate Defendant's entitlement to "Maintenance and Cure" because the Defendant was found to be at "maximum medical cure." On information and belief, Plaintiff California Shellfish believes that Defendant will aver that he is entitled to continued "Maintenance and Cure."

16. If Plaintiff California Shellfish terminates "Maintenance and Cure" to the Defendant, and the termination is found to be improper, Plaintiff California Shellfish may be liable to the Defendant for attorney's fees and consequential damages.

### FIRST CLAIM FOR DECLARATORY RELIEF
**(Against Defendant)**

17. Plaintiff California Shellfish incorporates the allegations set forth in paragraphs 1 through 16, inclusive, as though fully set forth herein.

18. An actual controversy has arisen and now exists between Plaintiff California Shellfish and Defendant, concerning its respective rights and duties in connection with Plaintiff California Shellfish's "Maintenance and Cure" obligations to the Defendant.

19. A judicial declaration is necessary and appropriate at this time under the circumstances so that Plaintiff California Shellfish may terminate its "Maintenance and Cure" obligations to the Defendant without bearing liability for "attorney's

fees" or "consequential damages" or for future additional costs associated with "Maintenance and Cure."

WHEREFORE, Plaintiff California Shellfish demands judgment as follows:

20. For a judicial determination and declaration that the Defendant is at "maximum medical cure" as of October 16, 2006 or such other date subject to proof;

21. For a judicial determination and declaration that as of October 16, 2006 or such other date subject to proof, the Defendant was no longer entitled to Maintenance and Cure from Plaintiff California Shellfish;

22. For costs of suit and such other and further relief as the court deems just.

Dated: June 18, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff,
California Shellfish Co., Inc.

By: _____
Galin G. Luk
Richard C. Wootton