**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

E-filing

Attorneys for Plaintiff,
California Shellfish Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| California Shellfish Company, Inc., | ) Case No.: |
| | ) |
| Plaintiff, | ) **PLAINTIFF CALIFORNIA** |
| | ) **SHELLFISH COMPANY, INC.'S** |
| v. | ) **DISCLOSURE STATEMENT** |
| | ) |
| | ) |
| Richard Hardy, | ) |
| | ) |
| Defendant | ) |
| | ) |

Pursuant to F.R.C.P. Rule 7.1, Plaintiff California Shellfish Company, Inc.

(hereinafter "Plaintiff California Shellfish") makes the following Disclosure Statement:

there is no parent corporation or any publicly held corporation that owns 10% or more of

Plaintiff California Shellfish Company, Inc.'s stock.

Dated: June 15, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff,
California Shellfish Co., Inc.

By: _____
Galin G. Luk
Richard C. Wootton

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

HMU.HAZEL

-1-

Case No.: C 06-4025MHP

PLAINTIFF CALIFORNIA SHELLFISH'S STATEMENT OF DISCLOSURE