**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
California Shellfish Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| California Shellfish Company, Inc., | ) Case No.: C-07-03234 JL |
|---|---|
| Plaintiff, | ) **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT RICHARD HARDY** |
| v. | ) |
| Richard Hardy, | ) |
| Defendant | ) |

Case No.: C 06-4025MHP

IN THE U.S. DISTRICT FOR THE STATE OF OREGON

COUNTY OF NORTHERN DISTRICT CA.   CASE # C-07-3234

AFFIDAVIT/PROOF OF SERVICE

STATE OF OREGON )
                  ) ss.
COUNTY OF  COOS )

I hereby certify that on  06/28/2007, at the hour of 9:20 am

I served:   RICHARD HARDY

By PERSONAL SERVICE of a certified/true copy of a(n) SUMMONS/COMPLAINT

delivered to RICHARD HARDY,

at  COOS COUNTY SHERIFFS DEPT  COQUILLE OR

All search and service was made within the County of Coos.

Documents Received From

SPECIALIZED LEGAL SERVICES
PO BOX 77141 SAN FRANCICO CA. 94107


SHERIFF FEES: $28.00
Civil Case    2837


                                            Andy Jackson/Sheriff

                                            By DEL DAHLEN DEPUTY

                                            Dated 06/28/2007


Comments ALSO SERVED ORDER SETTING DEADLINES;DISCLOSURE STATEMENT;
        NOTICE OF ASSIGNMENT;REGISTRRATION INFORMATION