COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
California Shellfish Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Shellfish Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Richard Hardy, <br><br> Defendant | Case No.: C-07-03234 JL <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE LAST DAY TO FILE AN ANSWER, CMC AND RELATED DATES** |

Plaintiff California Shellfish Company, Inc., and defendant Richard Hardy, by and through their respective counsel of record, hereby stipulate to and respectfully request the Court enter an Order to continue the last day to file an answer, the Case Management Conference date and related dates for good cause.

**I.   BACKGROUND AND REASONS FOR REQUEST**

This is an admiralty action. On June 19, 2007, the plaintiff, California Shellfish Company, Inc. ("Cal Shellfish"), filed its declaratory relief action seeking a judicial declaration as to its "maintenance and cure obligations" to the defendant Richard Hardy. The defendant's answer was due on July 18, 2007. Cal Shellfish granted the defendant an

Case No.: C 06-4025MHP
STIPULATION AND [PROP] ORDER TO CONTINUE LAST DAY TO FILE ANSWER, CMC AND RELATED DATES

extension of time to file an answer. Recently, Cal Shellfish and the defendant have begun settlement discussions (and conducted an early exchange of initial disclosures).

To facilitate settlement discussions and to conserve judicial resources, the parties hereby stipulate and request that the Court order the following:

1) the defendant's **last day to file an answer** is continued from **July 18, 2007** to **October 2, 2007**;

2) the last day to **meet and confer regarding initial disclosures, early settlement, ADR process election and discovery plan** is continued from **September 5, 2007** to **October 12, 2007**;

3) the last day to **file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference** is continued from **September 5, 2007** to **October 12, 2007**;

4) the last day to file the **Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report or object to the magistrate judge and file Case management Statement** is continued from **September 19, 2007** to **October 26, 2007**;

5) The **Initial Case Management Conference** is continued from **September 26, 2007** to **November 7, 2007** in Courtroom F, 15th Floor, at 10:30 a.m.

The parties have agreed in principle to begin settlement discussions through counsel and if necessary will engage a neutral mediator. The Court's order granting the continuance will allow the parties the opportunity to settle this matter efficiently and without wasting limited judicial resources.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

HMU.HAZEL

Case No.: C 06-4025MHP
STIPULATION AND [PROP] ORDER TO CONTINUE LAST DAY TO FILE ANSWER, CMC AND RELATED DATES

IT IS SO STPULATED:

Dated: Sept. 11, 2007

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

By: /s/ Galin Luk
Galin Luk
Attorneys for Plaintiff
California Shellfish Company, Inc.

Dated:

Charles Robinowitz

By: _____
Charles Robinowitz
Attorneys for Defendant
Richard Hardy
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

BMU.HAZEL

**IT IS SO STPULATED:**

Dated:                                           COX, WOOTTON, GRIFFIN, HANSEN &
                                                 POULOS, LLP


                                                 By: _____
                                                 Galin Luk
                                                 Attorneys for Plaintiff
                                                 California Shellfish Company, Inc.


Dated: September 11, 2007                        Charles Robinowitz


                                                 By: *[signature]*
                                                 Charles Robinowitz
                                                 Attorneys for Defendant
                                                 Richard Hardy

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

HMU:HAZEL

Case No.: C 06-4025MHP
STIPULATION AND [PROP] ORDER TO CONTINUE LAST DAY TO FILE ANSWER, CMC AND RELATED DATES

# ORDER

Having reviewed and considered the parties' request and stipulation to continue the last day to file an answer, the Case Management Conference date and related dates for good cause, and good cause appearing therefor,

**THE COURT HEREBY ORDERS THE FOLLOWING:**

1) the defendant's **last day to file an answer** is continued from **July 18, 2007** to **October 2, 2007**;

2) the last day to **meet and confer regarding initial disclosures, early settlement, ADR process election and discovery plan** is continued from **September 5, 2007** to **October 12, 2007**;

3) the last day to **file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference** is continued from **September 5, 2007** to **October 12, 2007**;

4) the last day to file the **Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report or object to the magistrate judge and file Case management Statement** is continued from **September 19, 2007** to **October 26, 2007**;

5) The **Initial Case Management Conference** is continued from **September 26, 2007** to **November 7, 2007** in Courtroom F, 15th Floor, at 10:30 a.m.

Dated: September ____, 2007

James Larson
Magistrate Judge

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

HMU.HAZEL

Case No.: C 06-4025MHP
STIPULATION AND [PROP] ORDER TO CONTINUE LAST DAY TO FILE ANSWER, CMC AND RELATED DATES