UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SHELLFISH COMPANY, INCORPORATED<br><br>         Plaintiffs<br>     v.<br>RICHARD HARDY,<br><br>         Defendant.<br>_____/ | No. C 07- 3234  JL<br><br>CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____                    _____
                                            Signature
                                            Counsel for _____
                                            _____

CONSENT                                              1