1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIA SHELLFISH CO., ET AL.,,          No. C 07-3234 JL

12              Plaintiffs,

13        v.                                     REQUEST FOR REASSIGNMENT TO
                                                 A UNITED STATES DISTRICT JUDGE
14   RICHARD HARDY, ET AL,                       FOR TRIAL AND DISPOSITION

15              Defendants.
     _____/

16

17        The undersigned party hereby declines to consent to the assignment of this case to

18   a United States Magistrate Judge for trial and disposition and hereby requests the

19   reassignment of this case to a United States District Judge.

20

21   Date: _____          _____

22                                           Signature

23

24

25                                           Counsel for _____

26                                           _____

27

28

     REQUEST                          1