1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Richard C. Wootton (SBN 88390)
   Galin G. Luk (SBN 199728)
3  190 The Embarcadero
   San Francisco, California 94105
4  Telephone No.: (415) 438-4600
   Facsimile No.: (415) 438-4601
5
   Attorneys for Plaintiff,
6  California Shellfish Co., Inc.

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  California Shellfish Company, Inc.,     )   Case No.: C-07-03234 JL
                                            )
11                                          )   **NOTICE OF SETTLEMENT**
                                            )
12                 Plaintiff,               )
                                            )
13  v.                                      )
                                            )
14                                          )
                                            )
15  Richard Hardy,                          )
                                            )
16                 Defendant                )
                                            )
17  _____ )

18

19      Please take notice that the parties to the above entitled action have reached a full and

20  final settlement of all issues framed by the pleadings and respectfully request the issuance

21  of dismissal of the action.

22  Dated: October 22, 2007          COX, WOOTTON, GRIFFIN, HANSEN &
                                     POULOS, LLP
23

24

25                                   By: _____
                                         Galin Luk
26                                       Attorneys for Plaintiff
                                         California Shellfish Company, Inc.
27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

HMU.HAZEL

Case No.: C 06-4025MHP